AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| KEAN DEVELOPMENT COMPANY, INC., on Behalf of Itself and as Representative for All Others Who May Be Deemed Beneficiaries of a Certain Trust Created Pursuant to Lien Law Article 3-A,<br><br>*Plaintiff(s)*<br>v.<br>REVIVAL HOLDINGS LLC, et al.<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-07036-JS-AYS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amanda Ramsey
1921 SW Panther Trce
Stuart, Florida 34997

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Manny A. Frade, Esq.
Adam P. Wald, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Ave
Mineola, NY 11501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/21/2022          /s/ Grisel Ortiz
                                      *Signature of Clerk or Deputy Clerk*

CAPTION RIDER SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KEAN DEVELOPMENT COMPANY, INC., *on Behalf of Itself and as Representative for All Others Who May Be Deemed Beneficiaries of a Certain Trust Created Pursuant to Lien Law Article 3-A*,<br><br>         Plaintiff,<br><br>    - against -<br><br>REVIVAL HOLDINGS LLC, REVIVAL SASH & DOOR, LLC, PRELUDE LLC d/b/a SEQUEL, REVIVAL SASH ACQUISITION LLC, SACHS CAPITAL PARTNERS, LLC, MAULOA MANAGEMENT, LLC, SACHS CAPITAL FUND I, LLC, SACHS CAPITAL FUND II, LLC, SACHS CAPITAL – REVIVAL, LLC, REVIVAL LOC, LLC, MENDHAM CAPITAL PARTNERS, LLC, SILVER LINING REVIEW RESIDENTIAL LLC, RAMCAP HOLDINGS, INC., PETER MANNING, ROBERT HENLEY, MICHAEL CANIZALES, HARRIS MYLONAS, MANUEL HENRIQUEZ, GEORGE CANNON, BRIAN RAMSEY, AMANDA RAMSEY, ASHLEY BRADY, ANDREW SACHS, JOHN DOE NOS. 1 THROUGH 10 and JOHN DOE ENTITY NOS. 1 THROUGH 10,<br><br>         Defendants. | 2:22-cv-07036-JS-AYS |