UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

KEAN DEVELOPMENT COMPANY, INC., *on Behalf of Itself and as Representative for All Others Who May Be Deemed Beneficiaries of a Certain Trust Created Pursuant to Lien Law Article 3-A,*

Civil Action No. 2:22-cv-07036-JS-AYS

                                   Plaintiff,

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

                       -against-

REVIVAL HOLDINGS LLC, REVIVAL SASH & DOOR, LLC, PRELUDE LLC d/b/a SEQUEL, REVIVAL SASH ACQUISITION LLC, SACHS CAPITAL PARTNERS, LLC, MAULOA MANAGEMENT, LLC, SACHS CAPITAL FUND I, LLC, SACHS CAPITAL FUND II, LLC, SACHS CAPITAL – REVIVAL, LLC, REVIVAL LOC, LLC, MENDHAM CAPITAL PARTNERS, LLC, SILVER LINING REVIEW RESIDENTIAL LLC, RAMCAP HOLDINGS, INC., PETER MANNING, ROBERT HENLEY, MICHAEL CANIZALES, HARRIS MYLONAS, MANUEL HENRIQUEZ, GEORGE CANNON, BRIAN RAMSEY, AMANDA RAMSEY, ASHLEY BRADY, ANDREW SACHS, JOHN DOE NOS. 1 THROUGH 10 and JOHN DOE ENTITY NOS. 1 THROUGH 10,

                                   Defendants.

-----------------------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that no defendant having filed an answer or moved for summary judgment, plaintiff Kean Development Company, Inc., by and through its attorneys, Meltzer, Lippe, Goldstein & Breitstone, LLP, hereby dismisses the within captioned action **without** prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:      Mineola, New York
          May 25, 2023

                       **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
                       *Attorneys for Plaintiff*
                       *Kean Development Company, Inc.*

                       By:_____
                           Manny A. Frade, Esq.
                           Adam P. Wald, Esq.
                   190 Willis Avenue
                   Mineola, New York 11501
                   (516) 747-0300

978829.1

**SO ORDERED.**

Dated: May 26, 2023                    /s/ JOANNA SEYBERT
      Central Islip, NY                Joanna Seybert, U.S.D.J.

The Clerk of Court is directed to terminate the pending motions to dismiss (ECF Nos. 66, 68) and to mark this case CLOSED.